UNITED STATES of America, Plaintiff-Appellee,

v.

Lester Javier GUADAMUZ-SOLIS, a.k.a. Lester Javier Guadamuz-Solio, Defendant-Appellant.

No. 00-11508.

United States Court of Appeals,

Eleventh Circuit.

Nov. 14, 2000.

Appeal from the United States District Court for the Southern District of Florida (No. 99-00337-CR-ASG); Alan S. Gold, Judge.

Before BARKETT and WILSON, Circuit Judges, and GEORGE, District Judge.[*]

PER CURIAM:

Lester Javier Guadamuz-Solis ("Solis") appeals his sentence of 96 months' imprisonment and 3 years' supervised release for a conviction for illegal reentry under 8 U.S.C. § 1326(a), (b)(2). He argues that *Apprendi v. New Jersey,* --- U.S. ----, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000) has called into question the decision in *Almendarez-Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which controls this case. *Almendarez-Torres* remains the law until the Supreme Court determines that *Almendarez-Torres* is not controlling precedent. Accordingly, we

AFFIRM.

---

[*]Honorable Lloyd D. George, U.S. District Judge for the District of Nevada, sitting by designation.